STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CHARLES T. MORIS, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Michael Blacker* for the
petitioner.

*Mr. Vincent P. Keuper, Mr. Thomas L. Yaccarino* and
*Mr. Ronald B. Rosen* for the respondent.

May 28, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SIMON HARRIS, DEFENDANT-PETITIONER.

*Mr. Richard T. O'Connor* for the petitioner.

*Mr. Vincent P. Keuper, Mr. Thomas L. Yaccarino* and
*Mr. Ronald B. Rosen* for the respondent.

May 28, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. DONALD W. GARCIA, DEFENDANT-PETITIONER.

*Mr. Samuel K. Yucht* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the
respondent.

May 28, 1968. Denied.